IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No. 3:25cr74/TKW

ULYSSES ROBINSON JR.
_____/

## FACTUAL BASIS FOR GUILTY PLEA

Defendant Ulysses Robinson, Jr. admits that if this case were to proceed to trial, the government could prove the following facts:

On December 16, 2024, at approximately 6:00 p.m., the Pensacola Police Department (PPD) responded to a "shots fired" call at 3914 North Davis Highway (Unit B). The address is a commercial space that holds two adjoining businesses. When PPD officers arrived on scene, they cleared the interior of the business at Unit B looking for suspects, victims, and witnesses.

Eye witnesses revealed that two black males had entered the business. After some back and forth about potential marijuana for sale, one of the black males – later identified as the Defendant, began brandishing a firearm, and was joined by the other black male – identified as Ladarryl PAIGE – who also brandished a firearm. The entire incident was captured on internal security video surveillance. Both PAIGE and the Defendant pointed their firearms at the multiple victims inside the business

1

FILED IN OPEN COURT
8/13/25
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

at Unit B during the robbery. This was all after the displaying to potential customers of the marijuana for sale.

One victim was wearing a black and grey Northface backpack on his back, which contained his identification card, credit cards, and approximately $10,000.00 in cash. The Defendant pointed his firearm and took the backpack. After the backpack was taken, PAIGE and the Defendant also took a large bag of marijuana from another victim.

PAIGE held a victim at gunpoint near the front door before PAIGE and the Defendant both forced the victim at gunpoint to the back of the store, at which time the Defendant fired at shot. PAIGE and the Defendant fled the business with the stolen currency and marijuana.

On January 8, 2025, PPD arrested the Defendant as part of this investigation. PPD seized a firearm (w/ ammunition as articulated in the Indictment), a bag of marijuana, and a cellular telephone. ROBINSON is a convicted felon as noted in the Indictment, and his firearm/ammunition traveled in interstate/foreign commerce.

The Defendant now admits that the Indictment, which is incorporated herein, is true and accurate. He and PAIGE were each armed with a pistol, both brandished their firearms, and they robbed others in the business of marijuana and United States currency. The Defendant possessed the firearm and ammunition after knowingly

being convicted of a felony.

## ELEMENTS OF THE OFFENSES

The elements of interference with commerce by threat or violence, in violation of 18 U.S.C. § Sections 1951(a) and 2, as charged in Count One, are:

*First:*  The Defendant caused a victim to part with property;

*Second:* The Defendant did so knowingly by using threats or violence; and

*Third:* The threats/violence delayed, interrupted, or affected interstate commerce.

The elements of discharging a firearm during a violent crime in violation of 18 U.S.C. § 924(c)(1)(A)(iii), as charged in Count Two, are:

*First:* The Defendant committed the violent crime charge in Count One of the indictment; and

*Second:* That the Defendant knowingly discharged a firearm during and in relation to that crime, as charged in the indictment.

The elements of possession of a firearm by a convicted felon in violation of 18 U.S.C. §§ Sections 922(g)(1) and 924(a)(8), as charged in Count Three, are:

*First:* The Defendant knowingly possessed a firearm or ammunition in or affecting interstate or foreign commerce; and

*Second:* Before possessing the firearm or ammunition, the Defendant had knowingly been convicted of a felony – a crime punishable by imprisonment for more than one year.

|  |  |
|---|---|
| *[signature]* <br> _____ <br> JOHN A. TERREZZA <br> Attorney for Defendant <br> Florida Bar No. 88236 <br> 1010 West Garden Street <br> Pensacola, Florida 32502 <br> (850) 764-5291 | JOHN P. HEEKIN <br> United States Attorney <br><br> *[signature]* <br> _____ <br> DAVID L. GOLDBERG <br> Assistant U.S. Attorney <br> Northern District of Florida <br> Member of Maryland Bar <br> 21 East Garden Street, Suite 400 <br> Pensacola, Florida 32502 <br> (850) 444-4000 |
| 8/13/25 <br> Date | 8/13/25 <br> Date |

*[signature]*
_____
ULYSSES ROBINSON, JR.
Defendant